UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | |
|---|---|---|
| | ) | Case No. 19cr4405-MMA |
| v. | ) | |
| | ) | **ORDER GRANTING AMENDED JOINT MOTION TO CONTINUE MOTION HEARING/TRIAL SETTING** |
| JENNE McQUILLAN, | ) | |
| | ) | |
| Defendant. | ) | [Doc. No. 40] |
| | ) | |

Upon due consideration, good cause appearing, the Court **GRANTS** the parties' amended joint motion to continue the motion hearing/trial setting previously scheduled for May 5, 2021.[1] Accordingly, based on the facts set forth in the parties' joint motion and pursuant to 18 U.S.C. § 3161(h)(7), the Court finds that the ends of justice served by granting the requested continuance outweigh the best interest of the public and the defendant in a speedy trial and **RESETS** the motion hearing/trial setting for **June 30, 2021 at 2:00 p.m**. in Courtroom 3D.

**IT IS SO ORDERED**.

DATE: May 3, 2021

HON. MICHAEL M. ANELLO
United States District Judge

---

[1] The previously filed motion [Doc. No. 39] is denied as moot.