FILED

NOV 3 0 2021

CLERK, U.S. DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA
BY _____ DEPUTY

# UNITED STATES DISTRICT COURT

# SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JENNE NICOLE McQUILLAN,<br><br>Defendant. | Case No. 19-CR-4405-MMA<br><br>ORDER AND JUDGMENT DISMISSING INFORMATION WITHOUT PREJUDICE |

Upon motion of the UNITED STATES OF AMERICA and good cause appearing,

IT IS HEREBY ORDERED that the Information in Case No. 19-CR-4405-MMA against defendant JENNE NICOLE McQUILLAN, be dismissed **without prejudice**.

IT IS SO ORDERED.

DATED: ___November 30___, 2021

_____
HONORABLE MICHAEL M. ANELLO
UNITED STATES DISTRICT COURT